# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVON ENERGY PRODUCTION
COMPANY, L.P.

VERSUS

LOUISIANA DEPARTMENT OF
NATURAL RESOURCES AND THOMAS
HARRIS, IN HIS CAPACITY AS
SECRETARY OF THE LOUISIANA
DEPARTMENT OF NATURAL
RESOURCES

NO.   2022 CW 0349

JULY 05, 2022

---

In Re:   Devon Energy Production Company, L.P., applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 699354.

---

BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.

WRIT GRANTED WITH ORDER. The trial court's March 23, 2022 ruling denying the motion for summary judgment filed by Devon Energy Production Company, LP, is hereby vacated. When the trial court originally issued the alternative writ of mandamus order, the court ordered defendants to show cause why the mandamus relief should not issue. See La. Code Civ. P. art. 3865. Although set for a show cause hearing, the matter was stayed. The matter is remanded and the trial court is instructed to conduct the show cause hearing on the petition for mandamus.

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT